IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

TED A. KNAPP,

    Plaintiff,

v.                                                                                     No. 06-cv-4028-JPG

COUNTY OF JEFFERSON, ILLINOIS, MIKE
WALKER, Individually and/or in his official
capacity as a Jefferson County Sheriff's
Deputy, JOHN KEMP, Individually and/or in
his official capacity as a Jefferson County
Sheriff's Deputy, ROGER MULCH,
Individually and as Sheriff of Jefferson County
and JEFFERSON COUNTY SHERIFF'S
DEPARTMENT,

    Defendants.

## JUDGMENT

This matter having come before the Court, and all parties having stipulated

to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed

with prejudice and without costs.

NORBERT JAWORSKI

Dated:  August 9, 2007                          By:s/Deborah Agans, Deputy Clerk

Approved:      s/ J. Phil Gilbert
             J. PHIL GILBERT
             DISTRICT JUDGE